UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ANA HERNANDEZ, JOSE ALFREDO ROCHA HERRERA, PATRICIA MORENO<br> Plaintiff(s),<br><br>vs.<br><br>RUTCO, LLC, RUTCO TRANSPORT LLC, TY RUTLEDGE<br> Defendant(s). | CIVIL ACTION FILE<br><br>NO.  4:23-cv-00159-WMR |

### DEFAULT JUDGMENT

The defendants, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, William M. Ray, II, United States District Judge, by order of 3/5/2024, having granted the plaintiffs' Motion for Default Judgment and directed that judgment issue in favor of plaintiffs and against defendants, it is

**Ordered and adjudged** that JUDGMENT IS HEREBY ENTERED in favor of plaintiffs Ana Hernandez, Jose Alfredo Rocha Herrera, and Patricia Moreno, and against defendants RUTCO, LLC, RUTCO Transport LLC, and Ty Rutledge, jointly and severally, as follows: $3,201.38 in compensatory and liquidated damages for Plaintiff Herrera; $3,762 in punitive damages for Plaintiff Herrera; $183.09 in prejudgment interest for Plaintiff Herrera; $3,680.50 in compensatory and liquidated damages for Plaintiff Hernandez; $4,378 in punitive damages for Plaintiff Hernandez; $213.07 in prejudgment interest for Plaintiff Hernandez; $1,943.63 in compensatory and liquidated damages for Plaintiff Moreno; $2,343 in punitive damages for Plaintiff Moreno; $114.03 in prejudgment interest for Plaintiff Moreno.

Dated at Rome, Georgia this 5th day of March, 2024.

                                            Kevin P. Weimer
                                            CLERK OF COURT

                                        By:   s/ T. Frazier
                                                Deputy Clerk

Prepared, Filed, and Entered in the Clerk's Office
  March 5, 2024
  Kevin P. Weimer
  Clerk of Court

By:   s/ T. Frazier
       Deputy Clerk