UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ANA HERNANDEZ, JOSE ALFREDO ROCHA HERRERA, PATRICIA MORENO,<br><br>   Plaintiff(s),<br><br>vs.<br><br>RUTCO, LLC, RUTCO TRANSPORT LLC, TY RUTLEDGE<br>   Defendant(s). | CIVIL ACTION FILE<br><br>NO.  4:23-cv-00159-WMR |

## AMENDED DEFAULT JUDGMENT

The defendants, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, William M. Ray, II, United States District Judge, by orders of 3/5/2024, and 3/27/2024, having granted the plaintiffs' Motion for Default Judgment and plaintiffs' Motion for Attorney's Fees, and directed that judgment issue in favor of plaintiffs and against defendants, it is hereby

**Ordered and adjudged** that JUDGMENT IS HEREBY ENTERED in favor of plaintiffs Ana Hernandez, Jose Alfredo Rocha Herrera, and Patricia Moreno, and against defendants RUTCO, LLC, RUTCO Transport LLC, and Ty Rutledge, jointly and severally, as follows: $3,201.38 in compensatory and liquidated damages for Plaintiff Herrera; $3,762 in punitive damages for Plaintiff Herrera; $183.09 in prejudgment interest for Plaintiff Herrera; $3,680.50 in compensatory and liquidated damages for Plaintiff Hernandez; $4,378 in punitive damages for Plaintiff Hernandez; $213.07 in prejudgment interest for Plaintiff Hernandez; $1,943.63 in compensatory and liquidated

JUDGMENT
4:23-cv-00159-WMR
March 27, 2024
Page  2

damages for Plaintiff Moreno; $2,343 in punitive damages for Plaintiff Moreno; $114.03 in prejudgment interest for Plaintiff Moreno.  The Defendants shall also pay to the Plaintiffs the sum of $19,920.00 for attorneys' fees and $866.70 for costs, for a total of $20,786.70.


Dated at Rome, Georgia this 27th day of March, 2024.


                                KEVIN P. WEIMER
                                CLERK OF COURT


                    By:   s/ T. Frazier
                          Deputy Clerk

Filed:  March 27, 2024
Entered:
In the Clerk's Office
Kevin P. Weimer
Clerk of Court

By:  s/ T. Frazier
       Deputy Clerk